*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carlo Altieri
    Debtor(s)

Case No: 16–15101–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to pay the Second & Third Installment Payment totaling $150.00 (75.00 each due Sept. 18 and Oct. 18, 2016).

will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 11/22/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 28, 2016

26
Form 175