**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Carlo Altieri | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-15101-AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for _Erik B. Jensen_ Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on _1/24/17_, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on _February 14_, 2017, at _11:00 am_ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before _January 27, 2017_.

_1/24/17_

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:

ERIK B. JENSEN
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102

Carlo Altieri
1853 South Sartain Street
Philadelphia, PA 19148

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119